UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60202-CV-COHN

THE CONTINENTAL GROUP, INC.,

Magistrate Judge Seltzer

    Plaintiff,

vs.

KW PROPERTY MANAGEMENT, LLC d/b/a KW
PROPERTY MANAGEMENT AND CONSULTING, LLC;
KW HOLDING ONE, LLC d/b/a KW PROPERTY
MANAGEMENT AND CONSULTING, LLC; THE GRAND
PRESERVE AT NAPLES LLC d/b/a KW PROPERTY
MANAGEMENT AND CONSULTING, LLC; and
MARCY KRAVIT,

    Defendants.
_____/

### ORDER GRANTING MOTIONS TO BRING IN COMPUTER EQUIPMENT

THIS CAUSE is before the Court upon the Defendants' Motion to Utilize Technology in the Courtroom [DE 134] and Plaintiff's Motion for Permission to Bring Electronic Equipment into Courthouse [DE 135] for the continuation of the preliminary injunction hearing on April 2, 2009. The Court has carefully considered the motions, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. The Defendants' Motion to Utilize Technology in the Courtroom [DE 134] and Plaintiff's Motion for Permission to Bring Electronic Equipment into Courthouse [DE 135] are hereby **GRANTED**;

2. Counsel for Defendants, Franklin Zemel, Esq., Frank Simone, Esq., Gary Pollack, Esq., and Bretton Pollack, Esq., may each bring a laptop computer, mouse, power cord, and cable into the Courthouse on April 2, 2009, to use during the preliminary

injunction scheduled to start at 9:00am on that day;

3. Plaintiff's counsel, Joan Canny, Esq. and employees of the law firm of Morgan, Lewis & Bockius, may also bring in laptop computers with mouse and power supply, along with accessory cables, extension cords, and power strips into the Courthouse on April 2, 2009, to use during the preliminary injunction scheduled to start at 9:00am on that day.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 30th day of March, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Joan Canny, Esq./Jason Nickerson, Esq.
Franklin Zemel, Esq.
Frank Simone, Esq.
Gary Pollack, Esq./Brett Pollack, Esq.

U.S. Marshal's Service